## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No.: | 2:23-cv-10495-AB-AS | Date: | March 16, 2026 |
| Title: | *Nike, Inc. v. Nicholas C. Tuinenburg, et al.* | | |

Present: The Honorable    **ANDRÉ BIROTTE JR., United States District Judge**

| Evelyn Chun | Maria Bustillos |
|---|---|
| *Deputy Clerk* | *Court Reporter* |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Marc E. Miller (pro hac) | Omid Emile Khalifeh |
| Staci Jennifer Trager | Louise Jillian Paris |
| Tamar Y. Duvdevani (pro hac) | |

____ Day Court Trial    **1st**    Day Jury Trial

____ One day trial:    √ Begun (1st day);    √ Held & Continued;    ____ Completed by jury verdict/submitted to court.

√ The Jury is impaneled and sworn.

√ Opening statements made by    Both parties

____ Witnesses called, sworn and testified.    ____ Exhibits Identified    ____ Exhibits admitted.

____ Plaintiff(s) rest.    ____ Defendant(s) rest.

____ Closing arguments made by    ____ plaintiff(s)    ____ defendant(s).    ____ Court instructs jury.

____ Bailiff(s) sworn.    ____ Jury retires to deliberate.    ____ Jury resumes deliberations.

____ Jury Verdict in favor of    ____ plaintiff(s)    ____ defendant(s) is read and filed.

____ Jury polled.    ____ Polling waived.

____ Filed Witness & Exhibit Lists    ____ Filed jury notes.    ____ Filed jury instructions.

____ Judgment by Court for    ____ plaintiff(s)    ____ defendant(s).

____ Findings, Conclusions of Law & Judgment to be prepared by    ____ plaintiff(s)    ____ defendant(s).

____ Case submitted.    ____ Briefs to be filed by ____

____ Motion to dismiss by ____    is    ____ granted.    ____ denied.    ____ submitted.

____ Motion for mistrial by ____    is    ____ granted.    ____ denied.    ____ submitted.

____ Motion for Judgment/Directed Verdict by ____    is    ____ granted.    **denied.**    ____ submitted.

____ Settlement reached and placed on the record.

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

____ Trial subpoenaed documents returned to subpoenaing party.

√ Case continued to    March 17, 2026 at 1:30 pm    for further trial/further jury deliberation.

____ Other:

4 : 20

CV-96 (10/08)    **CIVIL MINUTES - TRIAL**    Page 1 of 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

Initials of Deputy Clerk    EVC

cc: