**F I L E D**
CLERK, U.S. DISTRICT COURT

3/19/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ EVC _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKE, INC., an Oregon Corporation<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS C. TUINENBURG and DIVIDE THE YOUTH MANUFACTURING, a California Corporation<br><br>Defendants. | Case No. 2:23-cv-10495-AB-AS<br><br>**VERDICT FORM** |

1

## VERDICT FORM

We the jury in the above-captioned action, unanimously find the following verdict on the following questions submitted to us:

### I. Trademark Counterfeiting, Infringement, and Unfair Competition Damages (Tuinenburg)

### Statutory Damages

**Question 1:** What amount of statutory damages do you award to Nike for Tuinenburg's direct and contributory willful counterfeiting of Nike's registered trademarks?

*For each registered Nike trademark that Tuinenburg willfully counterfeited you must award an amount of not less than $1,000 and not more than $2,000,000 per willfully counterfeited trademark per type of good.*

$ 8,000,000.00

### Punitive Damages

**Question 2**: What amount, if any, should Tuinenburg be ordered to pay as punitive damages for his willful infringement of Nike's trademarks and unfair competition?

$ 1,000,000.00

### II. Trademark Infringement Damages (Divide the Youth Manufacturing)

**Question 3**: What amount, if any, should Divide the Youth Manufacturing be ordered to pay as punitive damages for its willful infringement of Nike's DUNK trademark?

$ 1,000,000.00

2

### III. Trade Dress Infringement Liability and Damages (Divide the Youth Manufacturing)

**Question 4:** Did Nike establish by a preponderance of the evidence that Divide the Youth Manufacturing infringed Nike's Dunk trade dress?

Yes ✗ No ___

*If you answered "Yes" to Question 4, then please answer Questions 5 and 6. If you answered "No," please skip Questions 5 and 6.*

**Question 5:** Was Divide the Youth Manufacturing's infringement of Nike's Dunk trade dress willful?

Yes ✗ No ___

**Question 6:** What amount (if any) should Divide the Youth Manufacturing be ordered to pay as punitive damages?

$ 1,000,000.00

*This ends your deliberations. The foreperson should sign and date the verdict form below, and then notify the Courtroom Officer or Clerk that you have reached a verdict.*

Date: _____



Foreperson's Signature

3